**VIRGINIA: IN THE CIRCUIT COURT FOR THE COUNTY OF WYTHE**

**BRIDGET SAFERIGHT,**

***Plaintiff,***

**v.**

**WAL-MART STORES EAST, LP.,**
**dba WAL-MART**

**Serve: CT Corporation System,**
**Registered Agent**
**4701 Cox Road, Ste 285**
**Glen Allen, VA 23060**
**(County of Henrico)**

***Defendant.***

**Case No.:** CL25 001105-00

FILED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF WYTHE COUNTY, VIRGINIA
THIS 15th DAY OF Sept., 2025
AT 2:07 PM
BY: Brenda Quesenberry DEP CLERK

## COMPLAINT

COMES NOW the Plaintiff, BRIDGET SAFERIGHT (hereinafter "plaintiff Saferight"), by counsel, and respectfully moves this Court for judgment against the Defendant, WAL-MART STORES EAST, LP., hereinafter ("defendant Wal-Mart"), a limited partnership doing business in Virginia as Wal-Mart, on the grounds and in the amount as hereinafter set forth:

1. The defendant, Wal-Mart, is a limited partnership operating under the laws of the Commonwealth of Virginia and is duly authorized to transact business in the Commonwealth of Virginia.

2. At all times alleged herein, defendant Wal-Mart owned and operated a retail store located generally at 345 Commonwealth Blvd, in the Town of



EXHIBIT A

Wytheville, Wythe County, Virginia. This facility is hereinafter referred to as "the premises."

3. On or about October 6, 2023, at approximately 4 to 5 p,m., plaintiff Saferight, as an invitee of defendant Wal-Mart, went to the premises to shop. As she was walking near an end of the aisle display of stacked rugs, the plaintiff reached out to feel the texture of the rugs.

4. Without disturbing the stack of rugs in any way, the rugs fell down on her, striking her face, and knocking her to her knees, and causing her to sustain significant bodily injuries.

5. The aforesaid existence of improperly and unsafely stacked rugs constituted an unsafe condition.

6. The defendant Wal-Mart owed plaintiff Saferight a duty of reasonable care, including, but not limited to:

a. A duty to maintain its premises in a reasonably safe condition;

b. A duty to discover an unsafe condition and to foresee injury therefrom;

c. A duty to correct unsafe conditions; and

d. A duty to warn invitees of an unsafe condition; and

7. The defendant Wal-Mart knew, or in the exercise of ordinary care should have known, that the aforesaid unsafe condition existed.

8. The unsafe condition was created by one or more employees or agents of Wal-Mart as they are the ones who created the rug display.

9. As a direct and proximate result of the negligence and breach of duties owed to plaintiff Saferight by defendant Wal-Mart, plaintiff Saferight suffered personal injuries; has suffered and will continue to suffer pain of body and mind; has incurred a loss of

earnings; and has incurred and will continue to incur hospital, doctor and related health care bills in an effort to be cured of her injuries.

WHEREFORE, the Plaintiff, BRIDGET SAFERIGHT, by counsel, respectfully moves this Court for a money judgment against the defendant WAL-MART STORES EAST, LP., doing business as Wal-Mart, in the amount of SEVEN HUNDRED HUNDRED THOUSAND DOLLARS ($700,000.00) in compensatory damages, pre- and post-judgment interest, and the costs on her behalf expended.

A TRIAL BY JURY IS DEMANDED.

Respectfully submitted,

BRIDGET SAFERIGHT

BY: ______________________
John F. Pyle, Counsel

John F. Pyle, Esq. (VSB # 27696)
**CRANDALL & KATT**
**Attorneys and Counselors at Law**
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Phone: (540) 342-2000
Fax: (540) 345-3527
Email: jpyle@crandalllaw.com

*Counsel for the Plaintiff*

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/05/2025
CT Log Number 550561768

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Virginia**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SAFERIGHT BRIDGET // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | WYTHIE COUNTY CIRCUIT COURT, VA<br>Case # 197CL2500116500 |
| **NATURE OF ACTION:** | Personal Injury - 10/06/2023 - 345 Commonwealth Blvd, in the Town of Wytheville, Wythe County, Virginia |
| **PROCESS SERVED ON:** | C T Corporation System, Glen Allen, VA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/05/2025 at 14:36 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | JOHN F. PYLE<br>CRANDALL & KATT<br>366 ELM AVENUE, S.W.<br>ROANOKE, VA 24016<br>540-342-2000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/06/2025, Expected Purge Date: 11/16/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CT's transmittal may be incomplete. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/05/2025
CT Log Number 550561768

Information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Nov 5, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WALMART STORES |
| Case Number | 197CL25001165 |
| Jurisdiction | VA |

| Inserts | | |
|---|---|---|
| | | |

# COMMONWEALTH OF VIRGINIA

WYTHE CIRCUIT COURT
Civil Division
225 S. FOURTH STREET
WYTHEVILLE VA 24382

## Summons

To: CT CORPORATION SYSTEM
REGISTERED AGENT FOR
WAL-MART STORES
4701 COX RD STE. 285
GLEN ALLEN VA 23060

Case No. 197CL25001165-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, September 16, 2025

Clerk of Court: JEREMIAH E MUSSER

by ______________________ (CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: PYLE, JOHN F ESQUIRE
366 ELM AVE, SW
ROANOKE VA 24106